[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
APRIL 19, 2010
JOHN LEY
CLERK

No. 09-14835
Non-Argument Calendar

_____

D. C. Docket No. 07-00187-CV-4-CDL

WANDA TAYLOR,

Plaintiff-Appellant,

versus

CHRIS DEMARCO,
JEFF WATSON,

Defendants-Appellees.

_____

Appeal from the United States District Court
for the Middle District of Georgia

_____

(April 19, 2010)

Before BARKETT, WILSON and FAY, Circuit Judges.

PER CURIAM:

Having reviewed the record and the briefs of the parties, we find no reversible error in the district court's order granting summary judgment in favor of Chris DeMarco and Jeff Watson.

AFFIRMED.